Brett L. Dunkelman, 006740
Eric M. Fraser, 027241
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
(602) 640-9050 Fax
bdunkelman@omlaw.com
efraser@omlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| YesVideo, Inc., <br><br> Plaintiff, <br><br> v. <br><br> IMR16, Inc., <br><br> Defendant. | No. CV-16-865-PHX-DJH <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff YesVideo, Inc. and Defendant IMR16, Inc. stipulate that the parties' respective claims and counterclaims in this litigation shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: August 8, 2016

                                        Respectfully submitted,

                                        OSBORN MALEDON, P.A.

                                        By <u>s/ Brett L. Dunkelman</u>
                                               Brett L. Dunkelman
                                               Eric M. Fraser
                                               2929 N. Central Avenue, Suite 2100
                                               Phoenix, Arizona 85012-2793

                                        ATTORNEYS FOR DEFENDANT
                                        iMEMORIES, INC.

FISH & RICHARDSON P.C.

By  s/ David Barkan (w/ permission)
    Katherine Vidal
    David M. Barkan
    James L. Huguenin-Love
    500 Arguello St., Ste. 500
    Redwood City, CA 94063

ATTORNEYS FOR PLAINTIFF
YESVIDEO, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants and sent copies by email to all counsel not registered for CM/ECF in the District of Arizona.

s/ Debra Huss